UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 20-cv-82-LAB-BGS<br>Consolidated Case No.: 23-cv-1311-LAB-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER *NUNC PRO TUNC* CORRECTING AMENDED JUDGMENT [Dkt. 159]** |

　　　　On March 19, 2024, Plaintiff Rubia Mabel Morales-Alfaro ("Morales") and Defendant CoreCivic, Inc. ("CoreCivic") jointly filed a motion for an order *nunc pro tunc* ("Joint Motion"), in *Morales-Alfaro v. CoreCivic, Inc. et al.*, No. 20-cv-82-LAB-BGS ("*Morales I*"), to correct the Amended Judgment entered on March 12, 2024, (Dkt. 158), to include the consolidated case *Morales-Alfaro v. CoreCivic, Inc.*, No. 23-cv-1311-LAB-BGS ("*Morales II*"). (Dkt. 159). On February 26, 2024, the Court granted CoreCivic's unopposed motion to consolidate both cases filed in *Morales II*. (*See id.* at 2); *see also Morales II*, ECF No. 6. Subsequently, the Court granted CoreCivic's Rule 59(e) motion for reconsideration and its summary judgment motion filed in *Morales I*. (Dkt. 157; 159 at 2). An Amended Judgment was issued in *Morales I*, but it didn't include termination of both cases. (Dkt. 158; 159 at 2–3).

|   |   |
|---|---|
| 1 | For good cause shown, the parties' Joint Motion is **GRANTED**. (Dkt. 159). |
| 2 | The Clerk is directed to correct the Amended Judgment, (Dkt. 158), to include the |
| 3 | consolidated case, *Morales-Alfaro v. CoreCivic, Inc.*, No. 23-cv-1311-LAB-BGS, |
| 4 | enter judgment in both cases, and terminate both cases. |
| 5 | **IT IS SO ORDERED**. |

Dated: March 20, 2024

_____
Honorable Larry Alan Burns
United States District Judge