

NUNC PRO TUNC
3/12/2024

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubia Mabel Morales-Alfaro, individually<br><br>Plaintiff,<br>V.<br><br>CoreCivic, Inc.<br><br>Defendant. | Civil Action No.  20cv82-LAB(BGS)<br>including consolidated action 23cv1311-LAB(BGS)<br><br>**CORRECTED AMENDED**<br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants CoreCivic's Rule 59(e) Motion for Reconsideration, (Dkt. 146), and (2) CoreCivic's Motion for Summary Judgment (Dkt. 95) as to Morales's remaining causes of action.

Correction nunc pro tunc to 3/12/2024:
The Clerk is directed to correct the Amended Judgment, (Dkt. 158), to include the consolidated case, Morales-Alfaro v. CoreCivic, Inc., No. 23-cv-1311-LAB-BGS, enter judgment in both cases, and terminate both cases

Date:  3/20/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Chapman

R. Chapman, Deputy